1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY A. BURTON,                        No.  2:16-cv-1287 CKD P

12                    Petitioner,

13          v.                               ORDER

14   CANO,

15                    Respondent.

16

17
         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18
     corpus pursuant to 28 U.S.C. §  2254.  Petitioner has filed a copy of his inmate trust account.
19
     Petitioner has not, however, filed a request to proceed in forma pauperis.  See 28 U.S.C. §§
20
     1914(a); 1915(a).  Good cause appearing, IT IS HEREBY ORDERED that:
21
         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in
22
     support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's
23
     failure to comply with this order will result in a recommendation that this action be dismissed;
24
     and
25
26
27
28
                                           1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  Dated:  June 27, 2016

4                                                CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE
5

6

7

8  2 / burt1287.101a

2